

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-345-CV

JEFFREY A. BARRON                                                    APPELLANT

V.

FIRST CASH FINANCIAL SERVICES, INC.                              APPELLEE

----------

### FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Unopposed Motion To Dismiss Accelerated Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

---

[1] *See* Tex. R. App. P. 47.4.

DELIVERED:  September 18, 2008